JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA VARELA, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KARES MANAGEMENT, INC., a New Jersey Corporation; ECLIPSE ADVANTAGE, LLC, a Delaware Limited Liability Company; and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-09065 CAS (RAOx)<br><br>*Assigned for all purposes to the Hon. Christina A. Snyder*<br><br>**[~~PROPOSED~~] ORDER** |

Pursuant to the parties' stipulation, it is **ORDERED** that Plaintiff ALMA VARELA's claims are hereby **DISMISSED WITH PREJUDICE.** Each party is to bear their own attorney's fees and costs, in consideration of a negotiated settlement executed by the Parties.

**IT IS SO ORDERED.**

Dated: February 4, 2022           By: *Christina A. Snyder*
　　　　　　　　　　　　　　　　　　The Honorable Christina A. Snyder

1
[PROPOSED] ORDER

266105876v.1